

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 2 2002

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RICHARD GARNER

CRIMINAL INDICTMENT

NO. 1:02-CR-704

THE GRAND JURY CHARGES THAT:

Beginning on or about October 16, 2002, and continuing until on or about October 28, 2002, in the Northern District of Georgia and elsewhere, the defendant, RICHARD GARNER, using a facility and means of interstate commerce, that is, a computer, knowingly attempted to induce an individual who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, aggravated child

ATTEST: A TRUE COPY
CERTIFIED THIS

SEP 2 2 2015

James N. Hatten, Clerk
By: _____
Deputy Clerk

molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Section 2422(b).

A ___*True*___ BILL

___*Larry Smith*___
FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

E. VAUGHN DUNNIGAN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6047
404/581-6181 (facsimile)
Georgia Bar No. 234350

2

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 13 2002

Luther D. Thomas, Clerk
By: ___*S. Walker*___
Deputy Clerk